■ Mitchell Rutter, Appellant, v Julien J. Studley, Inc., et al., Respondents. [664 NYS2d 294] —Order, Supreme Court, New York County (Richard Lowe, III, J.), entered June 28, 1996, which, *inter alia*, granted defendants' motion to dismiss the complaint as barred by arbitration and award, unanimously affirmed, with costs.

Plaintiff's various causes of action are all impermissible collateral attacks on the intracompany arbitration and award of his dispute with his co-employee and partner, concerning which he agreed in writing to be bound and did not bring a proceeding pursuant to CPLR 7511 (a) to vacate. No issues of facts exist as to whether plaintiff's employment was other than one at will (*see, Wieder v Skala*, 80 NY2d 628, 633), in the context of

which defendant employer had the right to impose any terms it chose on plaintiff's continued employment (*see,.General Elec. Tech. Servs. Co. v Clinton*, 173 AD2d 86, 88, *lv denied* 79 NY2d 759), including plaintiff's agreement to be bound by the results of the arbitration. We have considered plaintiff's other arguments and find them to be without merit. Concur—Murphy, P. J., Milonas, Ellerin and Tom, JJ.